IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WILLIE J. WALKER, III                                                                                     PLAINTIFF

v.                                        Case No. 6:24-cv-06048

DR. GUY HENRY (Wellpath LLC); and
WELL PATH LLC                                                                                             DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Mark E. Ford. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 18. Judge Ford recommends that Plaintiff's Amended Complaint (ECF No. 7) be dismissed.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 18) *in toto*. Plaintiff's Amended Complaint (ECF No. 7) is hereby **DISMISSED WITHOUT PREJUDICE**. Defendants' Motion for Summary Judgment (ECF No. 12) is hereby **DENIED as MOOT**.

**IT IS SO ORDERED**, this 30th day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge